Belknap,
June 4, 1929.

HAROLD O. WHITNEY *v.* FRANCES C. WHITNEY.

FRANCES C. WHITNEY *v.* HAROLD O. WHITNEY.

*Thomas P. Cheney, Jeremy R. Waldron* and *Robert T. Bushnell* (of Massachusetts) for *Harold O. Whitney.*

*Jewett & Jewett, James P. Buckley* (*of New York*) and *James P. Tuttle,* for *Frances C. Whitney.*

*Per Curiam.* The record shows that neither party is entitled to a divorce, or fit to have the custody of their children.

*Case discharged.*

Strafford,
June 27, 1929.

MAY EUNICE SANDERS *v.* ROBERT CARL SANDERS.

*Justin A. Emery,* for the plaintiff.

*Everett J. Galloway,* for the defendant.

*Per Curiam.* The court, having found that the new evidence offered would not change the result, properly denied the motion.

*Exception overruled.*